IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3052-3 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DA VAN CAO, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Appellate Procedure 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's appeal appears to be taken in good faith;
2. Defendant's motion to proceed in forma pauperis on appeal (filing 146) is granted;
3. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

July 30, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge